**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-60628**
**Summary Calendar**

**HADEN ABLAVI,**

Petitioner,

**VERSUS**

**IMMIGRATION AND NATURALIZATION SERVICE,**

Respondent.

Petition for Review of an Order
of the Board of Immigration Appeals
(A72 802 190)

July 17, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

On February 20, 1996 the immigration judge issued his oral decision and filed a written summary of his Order which denied Haden's application for asylum; denied Haden's application for withholding the deportation; and granted Haden's application for voluntary departure by May 1, 1996.  On February 29, 1996 Haden

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

filed her notice of appeal to the Board of Immigration Appeals. A brief for Haden was filed in May and a brief for the INS was filed in August of 1996. On March 13, 1997 the Board of Immigration Appeals issued an Order which dismissed Haden's appeal and concluded that the decision of the immigration judge on all matters was correct. On April 11, 1997 Haden filed a motion to reopen and reconsider with the Board of Immigration Appeals. On August 19, 1997 the Board of Immigration Appeals denied Haden's motion to reconsider. On September 17, 1997 Haden filed a petition for review in this Court.

We have carefully reviewed the briefs and relevant portions of the record itself. For the reasons stated by the immigration judge in his oral Order, we are satisfied that the decision of the immigration judge to deny application for asylum and deny the application for withholding of deportation were supported by substantial evidence. Likewise, we are persuaded that the Board of Immigration Appeals did not abuse its discretion in denying Haden's motion to reopen and reconsider. According, the petition for review by this Court is DISMISSED.

IT IS FURTHER ORDERED that the stay of deportation pending disposition of this petition for review previously granted by this Court is lifted.